

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00476-CV

Christopher J. **MCLUCAS**,
Appellant

v.

**G.E. CAPITAL INFORMATION TECHNOLOGY SOLUTIONS, INC.**,
Appellee

From the County Court at Law No. 2, Tarrant County, Texas
Trial Court No. 10-082998-2
Honorable Jennifer Setser Rymell, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

We order that appellee G.E. Capital Information Technology Solutions, Inc. recover its costs of appeal from appellant Christopher J. McLucas.

SIGNED July 17, 2013.

Marialyn Barnard, Justice